ABRAHAM J. ROSENBERG v. WILLIAM DUTKA.— Application denied, with ten

dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.